128

*In re* Ciro A. Betancourt Meneses, Eduardo A. Betancourt Meneses y Manuel E. Romeu Fernández.

*Número:* AB-1997-66    *Resuelto:* 14 de junio de 2004

*Roberto J. Sánchez Ramos,* procurador general; *Manuel E. Romeu Fernández,* querellado.

### RESOLUCIÓN

Visto el escrito en cumplimiento presentado por el Procurador General, se reinstala al Lcdo. Manuel E. Romeu Fernández a la profesión de abogado. Vista la moción presentada por la Directora de la Oficina de Inspección de Notarías, *el Tribunal se da por enterado. Se le concede a ésta el término de treinta días, contados a partir de la notificación de ésta resolución, para someter el informe del estado de la obra notarial incautada.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

*(Fdo.)* Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*